*voy* for petitioners. *Solicitor General Biddle, Assistant Attorney General Shea,* and *Messrs. Melvin H. Siegel* and *Richard H. Demuth* for respondent.

No. 97. KATZBERG ET AL. *v.* UNITED STATES. October 13, 1941. Petition for writ of certiorari to the Court of Claims denied. MR. JUSTICE JACKSON took no part in the consideration and decision of this application. *Mr. David Steckler* for petitioners. *Assistant Solicitor General Fahy, Assistant Attorney General Shea,* and *Mr. Melvin H. Siegel* for the United States.

No. 105. RECONSTRUCTION FINANCE CORPORATION *v.* TETER ET AL. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. MR. JUSTICE JACKSON took no part in the consideration and decision of this application. *Solicitor General Biddle* and *Assistant Solicitor General Fahy* for petitioner. *Mr. Vincent O'Brien* for Lucius Teter et al., and *Mr. Leland K. Neeves* for Fletcher M. Durbin et al., respondents.

No. 113. AMEREX HOLDING CORPORATION *v.* COMMISSIONER OF INTERNAL REVENUE. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. MR. JUSTICE JACKSON took no part in the consideration and decision of this application. *Mr. Bertram F. Shipman* for petitioner. *Assistant Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key, Richard H. Demuth,* and *Arthur A. Armstrong* for respondent.